# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1055
Lower Tribunal No. 22-DR-006280

_____

GARY CLYDE GAMBRELL,

Appellant,

v.

MARY ROBIN GAMBRELL,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Carolyn Swift, Judge.

March 24, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.


Dineen Pashoukos Wasylik, of DPW Legal, Tampa, for Appellant.

Kenneth V. Mundy, of Woodward, Pires & Lombardo, P.A., Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED